## William F SCHMIDT, Plaintiff–Appellee

v.

## MTD PRODUCTS INC; MTD Holdings Inc; Summit Insurance Company of America, Defendants–Appellants.

No. 06–30982.

United States Court of Appeals,
Fifth Circuit.

Dec. 4, 2007.

Robert E. Barkley, Jr., Barkley & Thompson, New Orleans, LA, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Craig R. Nelson, Ward & Nelson, New Orleans, LA, for Defendants–Appellants.

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* FIFTH CIR. R. 47.6.